**ORANSKY, SCARAGGI & BORG, P.C.**
Michael T. Scaraggi, Esquire (9463)
175 Fairfield Avenue, Suite 1A
West Caldwell, New Jersey 07006
(973) 364-1200
*Attorneys for Plaintiffs*
michaelscaraggi@netscape.net

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICO ASPHALT PAVING, INC. and CITYWIDE PAVING, INC. ) ) ) *Plaintiffs,* ) ) v. ) ) CONSTRUCTION COUNCIL LOCAL 175 ) (a labor organization) ) ) *Defendant.* ) ) | Civil Action No.: 1:20-cv-02801 <br><br> **NOTICE OF APPEARANCE** |

Please take notice that the law firm of Oransky, Scaraggi & Borg, P.C. is filing this Notice of Appearance on behalf of Nico Asphalt Paving, Inc. and Citywide Paving, Inc.

**ORANSKY, SCARAGGI & BORG, P.C.**
*Attorneys for Plaintiffs*

By: ___/s/ Michael T. Scaraggi___
Michael T. Scaraggi, Esq.

Dated: June 29, 2020